GRAY *v.* STATE OF INDIANA.

[No. 0-498. Filed November 26, 1957.]

*Roscoe H. Gray, pro se.*

PER CURIAM—Petitioner herein has attempted *pro se* to perfect an appeal to this court under Rule 2-40. The papers which he has filed contain no proper assignment of error, nor do they contain any of the record necessary to present the questions which

petitioner is apparently attempting to raise, nor does it in any manner comply with the provisions of Rule 2-40.

The petition is insufficient to confer jurisdiction on this court under Rule 2-40, and for this reason it should be dismissed. *Davis* **v.** *Pelley* (1952), 230 Ind. 248, 251, 102 N. E. 2d 910; *Bolden* **v.** *State* (1955), 234 Ind. 708, 130 N. E. 2d 52.

Petition dismissed.

NOTE.—Reported in 145 N. E. 2d 896.